■ PATRICIA COOPER, Appellant, v CITY OF NEW YORK, Respondent. [623 NYS2d 631] —In an action to recover damages for

personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Hutcherson, J.), dated September 20, 1993, which, *inter alia,* granted the defendant's cross motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

The plaintiff seeks damages for personal injuries arising out of a sexual assault that took place in an abandoned building owned by the defendant, the City of New York. The defendant cross-moved for summary judgment and established its prima facie entitlement thereto *(see, Alvarez v Prospect Hosp.,* 68 NY2d 320, 324). In opposition to the defendant's cross motion, the plaintiff failed to raise a factual question as to any of the elements required to establish her claim for personal injuries. Thus, the plaintiff failed to raise a factual question as to whether the defendant had any duty to take minimal precautions to protect her from the assault of a third party, whether the assault on the plaintiff was reasonably foreseeable, or whether any purported negligence on the part of the defendant was a proximate cause of the events which produced the plaintiff's injury *(see, Jacqueline S. v City of New York,* 81 NY2d 288; *Muniz v Flohern, Inc.,* 77 NY2d 869; *Waters v New York City Hous. Auth.,* 69 NY2d 225; *Nallan v Helmsley-Spear, Inc.,* 50 NY2d 507; *Iannelli v Powers,* 114 AD2d 157). Accordingly, the Supreme Court properly granted the defendant's cross motion for summary judgment dismissing the complaint. Bracken, J. P., Pizzuto, Altman and Krausman, JJ., concur.